LOUIS JAMES MENENDEZ, ESQ.   (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

**FILED**

DEC 2 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )     Case No. J05-0004-01 CR (HRH)
          Plaintiff,      )
                          )
     vs.                  )
                          )
RONN L. ROSEBERRY,        )     **NON-OPPOSED MOTION TO CONTINUE**
                          )     **AND RESCHEDULE SENTENCING**
          Defendant.      )
                          )
_____

COMES NOW the defendant RONN L. ROSENBERRY, by and through
his counsel, Louis James Menendez, Esq., and respectfully moves
this Court to continue and reschedule the sentencing in the above-
captioned case. Sentencing is scheduled for January 9, 2006, in
Juneau, Alaska. James E. Goeke, the assigned Assistant United
States Attorney, and Pamela S. Shaw, the assigned United States
Probation Officer, do not oppose this motion.  The defendant
requests a continuance of approximately 30 days or longer.  This
motion is supported by the attached memorandum.

RESPECTFULLY SUBMITTED THIS at Juneau, Alaska, this 29th day
of December 2005.

_____
Louis James Menendez
Attorney for Defendant

157

**ORDER**

Having considered Defendant Ronn L. Roseberry's <u>Motion to Continue and Reschedule Sentencing</u> (December 29, 2005). IT IS HEREBY ORDERED, that the motion is granted. Sentencing is rescheduled for the ___ day of _____, 2006, at _____ a.m./p.m.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Judge H. Russell Holland
United States District Court

I certify that a true and
correct copy of the foregoing
was served on the following
persons via facsimile
on the 29th day of December 2005 at
the following location:

James S. Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

Carrie Tibbitts
_____
Carrie Tibbitts

LODGED
DEC 2 9 2005

LOUIS JAMES MENENDEZ, ESQ.   (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>        Plaintiff,   )<br>              )<br>    vs.        )<br>              )<br>RONN L. ROSEBERRY,     )<br>              )<br>        Defendant.   )<br>_____  ) | Case No. J05-0004-01 CR (HRH)<br><br>**MEMORANDUM IN SUPPORT OF**<br>**NON-OPPOSED MOTION TO CONTINUE**<br>**AND RESCHEDULE SENTENCING** |

Sentencing is scheduled for January 9, 2006, in Juneau, Alaska. Counsel has not met with the defendant to review either the preliminary or the final presentence report. On December 12, 2005, a copy of the preliminary presentence report was mailed to the Defendant when he was incarcerated by the Federal Detention Center, SEATAC. A copy of the final presentence report was mailed to the Defendant on December 29, 2005.[1] The defense moves to continue and reschedule the sentencing in the above-captioned case for approximately 30 days or longer.

The Defendant is incarcerated. Efforts at arranging a physical meeting with the defendant has been as complicated as

---

[1]On December 28, 2005, a copy of the final presentence report was faxed to counsel's Juneau office.

MEMORANDUM IN SUPPORT OF NON-OPPOSED MOTION TO CONTINUE AND RESCHEDULE SENTENCING
USA v. Roseberry, Case No. J05-0004-01 CR (HRH)                           1

they have has been expensive. Support for this motion is contained in defense's earlier filed Motion To Order The Transfer Of The Defendant From The Anchorage Jail To The Lemon Creek Correction Center and Ex Parte Motion For Authorization Of Services. Counsel respectfully requests the Court review those documents.

Counsel for Defendant is an appointed CJA counsel. Counsel resides in Juneau, Alaska. After the Defendant's custodial transfer from Seattle to Alaska, the Defendant was incarcerated at Lemon Creek Correctional Facility, Juneau, Alaska. He was later transferred to the Anchorage Jail, Anchorage, Alaska. He was then transferred to the Federal Detention Center, SEATAC. Finally, he was transferred back to the Anchorage Jail. The defense's Ex Parte Motion For Authorization Of Services sets out counsel's intention to travel to Seattle and meet with the defendant to review the preliminary presentence report.[2] As stated, it had been the counsel's earlier plans to travel to California on or about December 17, 2005, for the Christmas holidays with family. Counsel is scheduled to return to Juneau on January 7, 2005. Pursuant to the granting of the referenced motion, counsel arranged for "stopover" in Seattle to meet with the Defendant the following day at the Federal Detention Center, SEATAC. On December 18, 2005, counsel traveled to Seattle and overnighted at

---

[2]Those plans were communicated to the defendant via telephone and in a letter dated December 12, 2005. The letter contained a copy of the preliminary presentence report.

a motel near the SEATAC airport.  However, on the morning of
December 19, 2005, counsel was advised by his Juneau office that
the defendant had telephoned that morning to advise that he was
transferred back to the Anchorage Jail.  Further, that he was
unable to bring with him the preliminary presentence report.  On
December 29, 2005, counsel spoke telephonically with the
Defendant.  The Defendant advised that he had received the
preliminary presentence report from the Federal Detention
Facility, SEATAC.

RESPECTFULLY SUBMITTED THIS at Juneau, Alaska, this 29th
day of December 2005.

_____
Louis James Menendez
Attorney for Defendant

I certify that a true and
correct copy of the foregoing
was served on the following
persons via facsimile
on the 29th day of December 2005 at
the following location:

James E. Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

_____
Carrie Tibbitts

LOUIS JAMES MENENDEZ, ESQ.   (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

**FILED**

DEC 2 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )        Case No. J05-0004-01 CR (HRH)
            Plaintiff,      )
                            )
        vs.                 )
                            )
RONN L. ROSEBERRY,          )   **NON-OPPOSED MOTION ON SHORTENED**
                            )   **TIME TO CONSIDER NON-OPPOSED**
            Defendant.      )   **MOTION TO CONTINUE AND RESCHEDULE**
_____)   **SENTENCING**

COMES NOW the defendant RONN L. ROSEBERRY, by and through his
counsel, Louis James Menendez, Esq., and respectfully moves this
Court to consider on shortened time the defendant's Motion to
Continue and Reschedule Sentencing (December 29, 2005) in the
above-captioned case. The defendant's sentencing is scheduled for
January 9, 2006, in Juneau, Alaska. James E. Goeke, the assigned
Assistant United States Attorney does not oppose this motion or
the underlying Motion to Continue and Reschedule Sentencing
(December 29, 2005).

RESPECTFULLY SUBMITTED THIS at Juneau Alaska, this 29th day
of December 2005.

_____
Louis James Menendez
Attorney for Defendant

NON-OPPOSED MOTION ON SHORTENED TIME TO CONSIDER NON-OPPOSED MOTION TO CONTINUE AND
RESCHEDULE SENTENCING
USA v. Roseberry, Case No. J05-0004-01 CR (HRH)                                    1

158

**ORDER**

Having considered Defendant Ronn L. Roseberry's <u>Motion on</u> <u>Shortened Time to Consider Motion to Continue and Reschedule</u> <u>Sentencing</u> (December 29, 2005). IT IS HEREBY ORDERED, that the motion on shortened time is granted.

DATED at Anchorage, Alaska, this _____ day of December 2005.

_____
Judge H. Russell Holland
United States District Court

LODGED
DEC 2 9 2005

I certify that a true and
correct copy of the foregoing
was served on the following
persons via facsimile
on the 29th day of December 2005 at
the following location:

James E. Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

Carrie Tibbitts