LOUIS JAMES MENENDEZ, ESQ.   (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

**FILED**
DEC 2 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONN L. ROSEBERRY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. J05-0004-01 CR (HRH) <br><br> **NON-OPPOSED MOTION ON SHORTENED TIME TO CONSIDER NON-OPPOSED MOTION TO CONTINUE AND RESCHEDULE SENTENCING** |

   COMES NOW the defendant RONN L. ROSEBERRY, by and through his counsel, Louis James Menendez, Esq., and respectfully moves this Court to consider on shortened time the defendant's <u>Motion to Continue and Reschedule Sentencing</u> (December 29, 2005) in the above-captioned case. The defendant's sentencing is scheduled for January 9, 2006, in Juneau, Alaska. James E. Goeke, the assigned Assistant United States Attorney does not oppose this motion or the underlying <u>Motion to Continue and Reschedule Sentencing</u> (December 29, 2005).

   RESPECTFULLY SUBMITTED THIS at Juneau Alaska, this 29th day of December 2005.

                                          _____
                                          Louis James Menendez
                                          Attorney for Defendant

NON-OPPOSED MOTION ON SHORTENED TIME TO CONSIDER NON-OPPOSED MOTION TO CONTINUE AND RESCHEDULE SENTENCING
<u>USA v. Roseberry,</u> Case No. J05-0004-01 CR (HRH)                                            1

158

**ORDER**

Having considered Defendant Ronn L. Roseberry's <u>Motion on Shortened Time to Consider Motion to Continue and Reschedule Sentencing</u> (December 29, 2005). IT IS HEREBY ORDERED, that the motion on shortened time is granted.

DATED at Anchorage, Alaska, this \_\_\_\_ day of December 2005.

LODGED
DEC 29 2005

_____
Judge H. Russell Holland
United States District Court

I certify that a true and
correct copy of the foregoing
was served on the following
persons via facsimile
on the 29th day of December 2005 at
the following location:

James E. Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

*Carrie Tibbitts*
Carrie Tibbitts