MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED DEC 3 0 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | v. | RONN L. ROSEBERRY, et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.  J05-0004-CR (HRH) |

This Order pertains to:     **ROSEBERRY**, Ronn L. [D-01]

Deputy Clerk           Official Recorder
Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Defendant Roseberry has filed a motion to continue imposition of sentence for approximately 30 days (Clerk's Docket No. 157), and has also filed a motion for consideration on shortened time (Clerk's Docket No. 158), both of which indicate non-opposition by the Government.

The motions are granted. Imposition of sentence for defendant Roseberry is hereby rescheduled to 1:30 p.m. on Thursday, February 9, 2006, at Anchorage, Alaska.

---

IMMEDIATE NOTIFICATION
IS REQUESTED

pr ✓ 12/30/05 t/c notice: J. Goeke, L. Menendez, USPO, USM

J05-0004--CR (HRH)   12/30/05        ╱ US PROBATION
-----------------------------------
╱ L. MENENDEZ            pr
╱ J. GOEKE (US-ATTY)
╱ US MARSHAL

160