LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br><br><br><br><br><br>RONN L. ROSEBERRY,<br><br>    Defendant.<br>_____ | Case No. J05-0004-01 CR(HRH)<br><br><br><br><br>**MOTION TO ORDER**<br>**THE TRANSFER OF THE**<br>**DEFENDANT FROM THE ANCHORAGE**<br>**JAIL TO THE LEMON CREEK**<br>**CORRECTIONAL CENTER** |

COMES NOW the defendant RONN L. ROSENBERRY, by and through his counsel, Louis James Menendez, Esq., and respectfully moves for this Court to order the transfer of the defendant from the Anchorage Jail, Center, Juneau, Alaska, at the earliest opportunity in advance of the sentencing scheduled for February 9, 2006. This motion is supported by the attached memorandum.

RESPECTFULLY SUBMITTED THIS at Juneau, Alaska, this 24

January 2006.

                                    S/vajyj*54
                            _____

                            LOUIS JAMES MENENDEZ, ESQ.
                             227 Seventh Street
                             Juneau, Alaska 99801
                             Telephone: 907/586-5996
                             Facsimile: 907/586-2206
                             ljmak@ptialaska.net
                             Ak S. B. No. 7811118

ORDER

Having considered Defendant Ronn L. Roseberry's Motion to Order the Transfer of the Defendant from the Anchorage Jai to the Lemon Creek Correctional Center; IT IS HEREBY ORDERED, that the motion is granted. The defendant is to be transferred from the Anchorage Jail, Anchorage, Alaska, to the Lemon Creek Correctional Center, Juneau, Alaska, at the earliest opportunity in advance of the sentencing scheduled for February 9, 2006.

DATED at Anchorage, Alaska, this ____ day of January 2006.

                             _____
                             Judge H. Russell Holland
                             United States District Court

I certify that a true and

correct copy of the foregoing
was served on the following
persons via electronic filing
on the 24 day of January 2006 at
the following location:

James Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224