LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>                            )<br>                            ) (HRH)<br>        Plaintiff,         )<br>                            )<br>    vs.                     )<br>                            )<br>                            )<br>                            )<br>                            )<br>                            )<br>                            )<br>RONN L. ROSEBERRY,          )<br>                            )<br>        Defendant.          )<br>_____) | Case No. J05-0004-01 CR<br><br><br><br><br>**MEMORANDUM IN SUPPORT**<br>**MOTION TO ORDER**<br>**THE TRANSFER OF THE**<br>**DEFENDANT FROM THE ANCHORAGE**<br>**JAIL TO THE LEMON CREEK**<br>**CORRECTIONAL CENTER** |

   The defendant is pending sentencing in Juneau, Alaska, scheduled for February 9, 2006.  The defendant has been in custody since his arrest on June 22, 2005, in Washington. Via a Criminal Justice Act panel appointment, undersigned counsel was appointed to represent the defendant. Counsel resides in Juneau, Alaska. The defendant is in custody at the Anchorage Jail, Anchorage, Alaska.

   Earlier during the history of this case, via motion practice, counsel had provided the court with the (perhaps) odd history of counsel's efforts to personally meet with the defendant.  For example, when counsel was in Juneau,

the defendant was in Anchorage, when counsel went to
Anchorage, the defendant was transported to SEATAC, when
counsel went to SEATAC, the defendant was transferred back
to Anchorage.  Finally, with the defendant in Anchorage,
counsel scheduled a flight to Anchorage on the day a Homer
volcano became active thereby canceling flights to
Anchorage.

    The charges against the defendant are serious. The
defendant stands convicted of violation of 21 U.S.C.
841(a)(1) and 841(b)(1)(A) and 21 U.S.C. 846, 841(b)(1)(A).
The probation officer has calculated an offense level of 35
and a criminal  history category of IV. The defendant is 41
years old.

    Despite several false starts, counsel has never had
the opportunity to personally meet with the defendant to
review the draft presentence report or the final
presentence report. All review has occurred by telephone
which is less than adequate for counsel and the defendant
to productively address the issues at hand.  Full and
adequate preparation for sentencing is a critical stage in
the proceedings against the defendant.  To that end, travel
for counsel between Juneau and Anchorage may be necessary -
- with the resulting costs  (airline travel, rental cars,
parking, meals, etc.,) and fees to the government. Those
costs could be all but eliminated and the fees reduced if
the defendant was transferred as early as possible in
advance of the sentencing scheduled for February 9, 2006.
//////////
//////////

RESPECTFULLY SUBMITTED THIS at Juneau, Alaska, this 24 day of January 2006.

S/vajyj*54

_____

LOUIS JAMES MENENDEZ, ESQ.
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206
ljmak@ptialaska.net
Ak S. B. No. 7811118

I certify that a true and
correct copy of the foregoing
was served on the following
persons via electronic filing
on the 24th day of January 2006 at
the following location:

James E. Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224