LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>Plaintiff,    )<br>)<br>vs.           )<br>)<br>)<br>)<br>RONN L. ROSEBERRY,    )<br>)<br>Defendant.   )<br>_____) | Case No. J05-0004-01 CR (HRH)<br><br>**MOTION ON SHORTENED TIME TO CONSIDER MOTION TO ORDER TRANSFER OF DEFENDANT FROM THE ANCHORAGE JAIL TO THE LEMON CREEK CORRECTIONAL CENTER** |

COMES NOW the defendant RONN L. ROSEBERRY, by and through his counsel, Louis James Menendez, Esq., and respectfully moves this Court to consider on shortened time the defendant's Motion to Order Transfer of Defendant From the Anchorage Jail to the Lemon Creek Correctional Center (January 24, 2006) in the above-captioned case. The defendant's sentencing is scheduled for February 9, 2006, in Juneau.  The advance of the sentencing date and the

rules of motion practice do not permit the underlying motion to be addressed within a time frame that would allow for its full and fair consideration.

    RESPECTFULLY SUBMITTED THIS at Juneau Alaska, this 24th day of January 2006


                        S/vajyj*54
                        _____
                        LOUIS JAMES MENENDEZ, ESQ.
                        227 Seventh Street
                        Juneau, Alaska 99801
                        Telephone: 907/586-5996
                        Facsimile: 907/586-2206
                        ljmak@ptialaska.net
                        Ak S. B. No. 7811118


I certify that a true and
correct copy of the foregoing
was served on the following
persons via electronic filing
on the 24 day of January 2006 at
the following location:

James Goeke, Esq.
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224