## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>   UNITED STATES OF AMERICA   </u>   v.   <u> RONN L. ROSEBERRY </u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO.  <u>1:05-cr-00005-01-HRH</u>

<u> Pam Richter </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**     DATE: January 25, 2006

     A telephonic status conference is hereby scheduled to commence in chambers on Wednesday, January 25, 2006, at 1:30 p.m..

1/25/06 t/c notice to cnsl

[]{IA.WPD*Rev.12/96}