**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>RONN L. ROSEBERRY, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND   CASE NO. <u>  J05-0004-CR (HRH)  </u>

    This Order pertains to:   **ROSEBERRY**, Ronn L. [D-01]


<u>Deputy Clerk</u>   <u>Official Recorder</u>
_____   _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Counsel for defendant Roseberry has sought consideration on shortened time with respect to a motion for an order transferring defendant Roseberry from Anchorage to the Lemon Creek Correctional Center. The motion for consideration on shortened time (Clerk's Docket No. 188) is granted. The court has conferred with counsel telephonically. Inasmuch as it will, as a practical matter, not be feasible for the United States Marshal to transport defendant Roseberry to Juneau and return him to Anchorage for imposition of sentence, now scheduled for February 9, 2006, at Anchorage, the motion to transfer the defendant is denied. The court understands that counsel for defendant can and will be traveling to Anchorage himself to consult with his client prior to sentencing, for which he will be compensated as regards both time and expenses.