LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118
s/vajyj*54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>)<br>)<br>RONN L. ROSEBERRY )<br>)<br>    Defendant. )<br>)<br>_____) | **MOTION ON SHORTENED TIME**<br>**TO RESCHEDULE SENTENCING**<br><br><br><br>Case No. 1:05-cr-004 (HRH) |

COMES NOW the defendant RONN L. ROSEBERRY, by and through his attorney, Louis James Menendez, Esq., and submits this Motion on Shortened Time to Reschedule Sentencing. Neither James Goeke, the assigned Assistant United States Attorney, nor Pamela Shaw, the assigned United States Probation Officer, opposes this motion.

Sentencing in this case is scheduled for February 9, 2006, at 1:30 p.m., in Anchorage. Until recently it has been counsel misunderstanding that sentencing was scheduled for February 9, 2006, at 1:30 p.m., in Juneau.

The defendant is in custody in Anchorage. Counsel for the defendant resides in Juneau. Despite efforts to the contrary, contact with the defendant has been at times difficult based on the locations of the defendant and counsel.  On February 3, 2006, counsel travelled on Alaska Airlines flight # 73 from Juneau to Anchorage to meet with the defendant. Counsel departed Juneau for Anchorage at 7:22 a.m., and returned to Juneau from Anchorage at approximately 6:30 p.m. The purpose of that meeting was to review the presentence report and discuss sentencing.  On the same day, counsel also met with Mr. Goeke, and discussed sentencing.

On February 6 and 7, 2006, counsel was in contact with the Federal Public Defender's Office, in Anchorage, regarding counsel's request that a person from that office contact the defendant and obtain a document relevant to sentencing. On February 7, 2006, the document was faxed to counsel from the Federal Public Defender's Office.  Among other representations in the document, the defendant made an assertion that required counsel to conduct additional file and case review as well as contacting Kevin McCoy, Assistant Federal Public Defender, Anchorage.  It is counsel's intention to file an affidavit from the defendant based on the document.  As of the writing of this motion, counsel has not received back from the Federal Public

Defender's Office a "PDF" copy of the affidavit for purposes of filing.

For purposes of sentencing, it was counsel's intention to travel from Juneau to Anchorage on Alaska Airlines flight # 67, on February 8, 2008, departing at 7:49 p.m., and arriving at 9:35 p.m.  That itinerary would enable counsel to meet with the defendant between 8:00 a.m. — 10:00 a.m. at the Anchorage jail. The jail does not permit attorney visits between 10:00 a.m. — 12:00 p.m. Despite the additional costs for overnighting, counsel's purpose with arriving in Anchorage the night before sentencing was that he would be able to meet with the defendant at the Anchorage jail between 8:00 a.m. — 10:00 a.m.

On February 8, 2006, an agent with Alaska Airlines advised counsel that Alaska Airlines flight # 67, on February 8, 2008, was full. The next available flight is Alaska Airlines flight # 73, on February 9, 2008, departing Juneau at 7:22 a.m., and arriving in Anchorage at 9:11 a.m. Based on some of the circumstances of defendant's sentencing, the defendant's currently scheduled sentencing of 1:30 p.m., on February 9, and the Anchorage jail's policy prohibiting attorney visits between 10:00 a.m. — 12:00 p.m. -- the arrival time for Alaska Airlines flight # 73 would not allow counsel adequate time to meet with the defendant prior to sentencing.

Based on the foregoing, a three-week rescheduling of defendant's sentencing is requested.

RESPECTFULLY SUBMITTED THIS at Juneau Alaska, this 8th day of February 2006.

                                          S/Louis James Menendez
_____
Louis James Menendez, Esq.
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118

I certify that a true and
correct copy of the foregoing
were served on
James A. Geoke, Esq.,
counsel of record for
the Government via fax
on the 8th day of February 2006 at
the following location:

Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564