# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   RONN L. ROSEBERRY (D-1)

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO.  1:05-cr-00004-01-HRH

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 9, 2006

A continued imposition of sentence on the above-named defendant is hereby scheduled to commence at **Anchorage, Alaska,** on **Tuesday, February 28, 2006**, at **1:30 p.m.**.

[]{IA.WPD*Rev.12/96}