<u>Notice of Appeal</u>
Case No. 1:05-CR-004-01 (HRH)
March 7, 2006
LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff,     )<br>)<br>vs.             )<br>)<br>)<br>_____<br>RONN L. ROSEBERRY    )<br>)<br>    Defendant.    )<br>)<br>_____) | **NOTICE OF<br>APPEAL**<br><br><br><br><br><br>Case No. 1:05-cr-004 (HRH) |

    Notice is hereby given that Ronn L. Roseberry, appeals to the United States Court of Appeals for the Ninth Circuit from the sentence only (18 U.S.C. 3742) in the above-captioned case. Judgement was entered on this action on: February 28, 2006 (Sentencing occurred on February 28, 2006. Judgment electronically received on March 7, 2006.) Sentence imposed: 151 months. Transcript required: Yes

//////////

RESPECTFULLY SUBMITTED at Juneau Alaska, this 6th day of March 2006.

S/Louis James Menendez
_____
Louis James Menendez
227 7th Street
Juneau, Alaska 99801

I certify that a true and
correct copy of the foregoing
were served via electronic service on
James A. Geoke, Esq.,
counsel of record for
the Government via fax
on the 7 of March 2006 at
the following location:

Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564

S/Louis James Menendez
_____
Louis James Menendez