LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　Plaintiff,　　　)<br>  )<br>　　　vs.　　　　　　　　)<br>  )<br>  )<br>  )<br>RONN L. ROSEBERRY　　　　)<br>  )<br>　　　Defendant.　　　)<br>  )<br>_____) | **MOTION FOR WITHDRAWAL<br>AND SUBSTITUTION OF<br>APPOINTED COUNSEL**<br><br><br><br>Case No. 1:05-cr-004 (HRH) |

COMES NOW the defendant RONN L. ROSEBERRY, by and through his counsel, Louis James Menendez, Esq., pursuant to 18 U.S.C. 3006, respectfully moves this Court order the withdrawal of appointed counsel and the substitution of new appointed counsel in the above-captioned case. James A. Geoke, Esq., is the assigned government prosecutor. On March 22, 2006, a telephone message was left for Mr. Geoke advising of this motion and the motion on shortened time to

1

for consideration of the underlying motion.  This motion is supported by the attached Affidavit of Counsel.

RESPECTFULLY SUBMITTED at Juneau Alaska, this 22th day of March 2006.

                                        S/Louis James Menendez
                                        _____
                                        Louis James Menendez
                                        227 7th Street
                                        Juneau, Alaska 99801
                                        Telephone: 907/ 586-5996
                                        FAX: 907/ 586-2206
                                        ljmak@ptialaska.net
                                        ABA # 7811118

I certify that a true and
correct copy of the foregoing
were served via electronic service on
James A. Geoke, Esq.,
counsel of record for
the Government via fax
on the 22 of March 2006 at
the following location:

Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564

S/Louis James Menendez

_____
Louis James Menendez

2