LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RONN L. ROSEBERRY<br><br>  Defendant. | **AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF APPOINTED COUNSEL**<br><br>Case No. 1:05-cr-004 (HRH) |

I, Louis James Menendez, being first duly sworn upon oath, deposes and say:

1. I represent the defendant via a CJA appointment in the above-captioned case. The defendant is convicted and sentenced in that case. At the defendant's request, a notice of appeal has been filed.

2. The defendant is in custody at the Anchorage jail, Anchorage. I reside in Juneau. The defendant has been

incarcerated throughout my appointment as counsel. Because the defendant and I are at different locations, literally hundreds of miles apart, representation of the defendant has been costly in terms of both dollars and time. Because of defendant's dislike and distrust of telephonic attorney/client contacts, telephonic contact between the defendant and I has not always been productive. Frankly, I am of view that representation of the defendant became more difficult, requiring a greater expenditure of resources, because I was unable to physically meet with the defendant. In the past, if I was required to travel to Anchorage to meet with the defendant, due of flight schedules between Juneau and Anchorage, nearly a full workday, if not a full work day, would be committed to that event.

3. 18 USC 3006(c) provides in part that "[t]he United States magistrate judge or the court may, in the interests of justice, substitute one appointed counsel for another at any state of the proceedings." It is my view that the substitution of counsel who resides in Anchorage will serve the interests of justice in the case.

2

4. I spoke with the defendant regarding this motion and he has no opposition. Further, I have advised the defendant that I would provide whatever assistance necessary to substitute appointed counsel on a pro bono basis.

Further your affiant sayeth not.

_____
Louis James Menendez

SUBSCRIBED AND SWORN TO before me this 20 day of March 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 5/31/08

[STATE OF ALASKA OFFICIAL SEAL — H. H. LEWIS III NOTARY PUBLIC — My Commission Expires 5/31/08]

3

Affidavit in Support of Motion for Withdrawal and Substitution of Appointed Counsel
Case No. 1:05-CR-004-01 (HRH)
March 20, 2006