LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>    Plaintiff,    )<br>)<br>vs.    )<br>)<br>)<br>)<br>RONN L. ROSEBERRY    )<br>)<br>    Defendant.    )<br>)<br>_____)  | **MOTION ON SHORTENED TIME FOR CONSIDERATION OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF APPOINTED COUNSEL**<br><br>Case No. 1:05-cr-004 (HRH) |

COMES NOW the defendant RONN L. ROSEBERRY, by and through his counsel, Louis James Menendez, Esq., respectfully moves this Court to consider on shortened time defendant's motion for withdrawal of appointed counsel and the substitution of new appointed counsel in the above-captioned case. The defendant has no opposition to the underlying motion. At defendant's request, a notice of

1

appeal has been filed. James A. Geoke, Esq., is the assigned government prosecutor.  On March 22, 2006, a telephone message was left for Mr. Geoke advising of this motion and the underlying motion.  Undersigned counsel is unaware of any reason why Mr. Geoke would oppose this motion or the underlying motion. Finally, if the underlying motion is granted and defendant is appointed substitute counsel, the sooner for that event to occur would best serve the interests of all parties in the case.

RESPECTFULLY SUBMITTED at Juneau Alaska, this 22th day of March 2006.

S/Louis James Menendez

_____
Louis James Menendez
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206
ljmak@ptialaska.net
ABA # 7811118

I certify that a true and
correct copy of the foregoing
were served via electronic service on
James A. Geoke, Esq.,
counsel of record for
the Government via fax

2

```
on the 22 of March 2006 at
the following location:


Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564

S/Louis James Menendez
_____
Louis James Menendez
```

3

Motion on Short Time for Consideration of Motion for Withdrawal and Substitution of Appointed Counsel
Case No. 1:05-CR-004-01 (HRH)
March 22, 2006