IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONN L. ROSEBERRY | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | )   Case No.1:05-cr-004 (HRH) |

PROPOSED ORDER

Having considered Defendant Ronn L. Roseberry's <u>Motion on Shortened Time for Consideration of Defendant's Motion for Withdrawal of Appointed Counsel and Substitution of Appointed Counsel</u>; IT IS HEREBY ORDERED, that the motion is granted.

DATED at Anchorage, Alaska, this ____ day of March 2006.

_____
Judge H. Russell Holland
United States District Court