IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )
    vs.                      )
                             )
RONN L. ROSEBERRY            )
                             )
    Defendant.               )
                             )
_____ )   Case No.1:05-cr-004 (HRH)

PROPOSED ORDER

Having considered Defendant Ronn L. Roseberry's Motion on Shortened Time for Consideration of Defendant's Motion for Withdrawal of Appointed Counsel and Substitution of Appointed Counsel; IT IS HEREBY ORDERED, that the motion is granted.

DATED at Anchorage, Alaska, this ____ day of March 2006.

_____
Judge H. Russell Holland
United States District Court