MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>        v.   <u>RONN L. ROSEBERRY, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   <u>1:05cr0004-HRH</u>

    This Order pertains to:        **ROSEBERRY**, Ronn L. [D-01]


<u>Deputy Clerk</u>                        <u>Official Recorder</u>
_____        _____

APPEARANCES:   for PLAINTIFF:   ----

             for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

    Counsel for defendant Roseberry has sought consideration on shortened time with respect to a motion for withdrawal and substitution of appointed counsel. The motion for consideration on shortened time (Clerk's Docket No. 241) is granted.

    The motion for withdrawal and substitution of appointed counsel (Clerk's Docket No. 239) is granted. The Federal Public Defender will please designate substitute CJA counsel when and if an appropriate financial affidavit of defendant Roseberry is available.