UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**FILED**
MAR 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**CASE INFORMATION:**
Short Case Title: USA vs. ROSEBERRY
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. RUSSEL HOLLAND - 1:05-cr-00004-HRH
Date Complaint/Indictment/Petition Filed: 6/21/05
Date Appealed Order/Judgment *entered*: 3/7/06
Date NOA *filed*: 3/7/06
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: April Karper - 907-677-6102
Magistrate Judge's Order? If so, please attach.

**RECEIVED**
APR 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA
Juneau

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: 8/31/05          Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal?  No  yes/no
Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Louis J. Menendez                 James Goeke, AUSA
227 Seventh Street                U.S. Attorney's Office
Juneau, AK 99801                  222 W. 7th Ave., #9
FAX: 907-586-5996                 Anchorage, AK 99513
                                  FAX: 907-271-1500

__retained   X CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 68747-065           Address: __
Custody: Yes
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: __   **06-30191**

Name and phone number of person completing this form: Linda Christensen - 907-677-6104