UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30191 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00004-1-HRH |
| v. | District of Alaska, Juneau |
| RONN L. ROSEBERRY, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner

It appears that appellant was granted pauper status in the district court and, because that status has not been revoked, it continues automatically on appeal. *See* Fed. R. App. P. 24(a)(3). On March 29, 2006, the district court relieved counsel Louis James Menendez, Esq., 227 Seventh Avenue, Juneau, Alaska 99801, (907) 586-5996, but did not appoint new counsel. This court, on its own motion, appoints new counsel. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by June 1, 2006. The transcript is due July 3, 2006. Appellant's opening brief and excerpts of record are due August 14, 2006; appellee's answering brief is due September 13, 2006;

06-30191

and the optional reply brief is due within 14 days after service of the answering brief.

    The Clerk shall serve this order on former counsel.

*Peter L. Shaw*
General Order 6.3(e)