UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
JUN 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

U.S. Court of Appeals # _06-30191_    U.S. District Court # _1:05-CR-004-01-HRH_
Short Case Title _USA v. Ronn L. Roseberry_
Date Notice of Appeal Filed by Clerk of District Court _March 6, 2006_

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 2-28-2006 | | OTHER - Sentencing |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(✓) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _6-1-2006_    Estimated Date for Completion _____
Signature of Attorney _____    Phone Number _253-272-2206_
Address _902 South 10th Street_
_Tacoma, WA 98405_

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
   Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter
   Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)