UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
FEB 0 5 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
FEB 0 1 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RONN L. ROSEBERRY,<br><br>Defendant - Appellant. | No. 06-30191<br><br>D.C. No. CR-05-00004-1-HRH<br>District of Alaska, Juneau<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The court has received and reviewed the response of appellant's counsel, Joseph R. D. Loescher, Esq., to this court's order to show cause of December 1, 2006. The order to show cause is discharged.

The motion of Joseph R. D. Loescher, Esq., 1102 Broadway Plaza, Suite 403, Tacoma, Washington 98402, (253) 627-1091, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by March 1, 2007. The transcript is due April 2, 2007. Appellant's opening brief and excerpts of record

06-30191

are due May 14, 2007; appellee's answering brief is due June 13, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel.

"REDACTED SIGNATURE"

~~General Order 6.3(e)~~