WILLIAM C. BROBERG
LAW OFFICE OF WILLIAM BROBERG
P.O. BOX 78562
SEATTLE, WA 98178
ATTORNEY FOR DEFENDANT APPELLANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-CR-00004-HRH |
| ) | |
| Plaintiff-Appellee; ) | |
| ) | UNOPPOSED MOTION |
| ) | TO UNSEAL |
| v. ) | CHANGE OF PLEA HEARING |
| ) | MINUTES AND RECORD OF |
| RONN L. ROSEBERRY, ) | HEARING FOR USE ON APPEAL |
| ) | |
| Defendant-Appellant. ) | |
| ) | |
| _____ ) | |

MOTION

COMES NOW the defendant-appellant, Ronn L. Roseberry, by and through appointed appellate counsel and moves this Court to issue an order unsealing the minute entry related to the defendant-appellant's change of plea herein and further unsealing any recorded record of said hearing so that a transcript may be prepared for use on appeal. This motion is based on: (i) the files and records herein; (ii) the annexed Declaration of William C. Broberg; and, (iii) the nonopposition of the United States.

/

MOTION TO UNSEAL CHANGE OF PLEA HEARING MINUTES AND RECORD
OF HEARING FOR USE ON APPEAL - 1

DATED this 28th day of March, 2007.

        S/ William C. Broberg_____
        WILLIAM C. BROBERG
        ATTORNEY FOR DEFENDANT-
        APPELLANT

### DECLARATION OF WILLIAM C. BROBERG IN SUPPORT OF MOTION

State of Washington  )
                         )     ss:
King County         )

William C. Broberg declares the following under penalty of perjury:

1. I am an attorney appointed pursuant to the Criminal Justice Act ("CJA") to represent the defendant-appellant, Ronn L. Roseberry, on appeal to the United States Court of Appeals for the Ninth Circuit.

2. In reviewing the dockets herein to order the relevant transcript materials for appeal, I noticed that the change of plea hearing in this matter appeared to be sealed. There is no minute entry for such a hearing on the docket.

3. I contacted Debbye Minzenmayer, the district's CJA Administrator about this issue on March 19, 2007.

4. She, in turn, suggested that I call Pam Richter in the clerk's office.

5. Ms. Richter suggested that it may be advisable to move the Court to issue an order unsealing the hearing from November 8, 2005 which appears at Docket Number 137.

6. Ms. Richter, futher advised, that after an order unsealing had been entered the transcript from the change of plea hearing could then be ordered in the usual way.

7. On March 28, 2007, I received word via email from Assistant United States Attorney Jo Ann Farrington that the United States agrees does not oppose this motion.

8. I respectfully request that the Court unseal the change of plea hearing at Docket Number 137 and enter the annexed proposed order.

MOTION TO UNSEAL CHANGE OF PLEA HEARING MINUTES AND RECORD
OF HEARING FOR USE ON APPEAL - 2

DATED this 28th day of March, 2007.

          /S William C. Broberg_____
          WILLIAM C. BROBERG

CERTIFICATION OF SERVICE

I, William C. Broberg, certify, that on March 28, 2007, I uploaded for filing this document via CM/ECF, which causes a Notice of Electronic Filing to be sent to the attorney for the United States having responsibility for this matter, along with a link to this document.

                                                          /S William C. Broberg\
                                                          WILLIAM C. BROBERG