UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE, ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-CR-00004-HRH |
| | ) | |
| Plaintiff-Appellee; | ) | |
| | ) | [proposed] ORDER |
| | ) | GRANTING MOTION |
| v. | ) | TO UNSEAL MINUTES |
| | ) | AND RECORD OF CHANGE |
| RONN L. ROSEBERRY, | ) | OF PLEA HEARING |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| _____ | ) | |

<u>ORDER</u>

The Court, having considered the files and records herein, the underlying motion to unseal the minutes and record of the change of plea hearing held in this case, and the nonopposition of the United States hereby GRANTS the motion and the Clerk of the Court is DIRECTED to unseal the minute entry at docket number 137 and further make available the stenographic or recorded record for preparation of a transcript for appeal.

DONE this ___ day of _____, 2007.

_____
H. Russel Holland
United States District Judge