IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
        vs.                       )
                                  )
RONN L. ROSEBERRY, et al.,        )
                                  )
                    Defendants.   )
_____    )
                                  )   No. 1:05-cr-0004-HRH
This Order Pertains to:           )
                                  )
RONN L. ROSEBERRY   (D-01)        )
_____    )
```

O R D E R

Motion to Unseal Records[1]

The court, having considered the files and records herein, the underlying motion to unseal the minutes and record of the change of plea hearing held in this case, and the non-opposition of the United States, hereby grants said motion. The clerk of court is directed to unseal the minute entry at Docket No. 137 and, further, to make available the stenographic or recorded record for preparation of a transcript for appeal.

DATED at Anchorage, Alaska, this 2nd day of April, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 285.

- 1 -