UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 06-30191   U.S. District Court # HRH-CR-0004-01

Short Case Title: USA v. Roseberry

Date Notice of Appeal Filed by Clerk of District Court _____

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 11/7 or 8/05 | | Entire Change of Plea ~~VOIR DIRE~~ |
| 2/28/06 dkt. 229 "amk" | | Entire Imposition of Sentence Proceeding ~~OPENING STATEMENTS~~ |
| 2/9/06 dkt. 207 "amk" | | Status Conference ~~SETTLEMENT INSTRUCTIONS~~ |
| ~~1/4/05~~ | | Motion Hearing ~~CLOSING ARGUMENTS~~ |
| | Obana | ~~JURY INSTRUCTIONS~~ |

PRE-TRIAL PROCEEDINGS _____  OTHER _____

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(✓) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____   Estimated Date for Completion _____   Signature of Attorney

(206) 264-1992   P.O. Box 78562, Seattle, WA 98178
Phone Number        Address

USDCA - Form 46 (revised 10/04)

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____ ( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

    Approximate Number of Pages _____ Due Date _____  Section C - To Be Completed by Court Reporter

    Date Transcript Filed _____ Court Reporter's Signature

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)

**AO 435** (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| William Broberg | (206) 264-1992 | 4/3/2007 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| P.O. Box 78562 | Seattle | WA | 98178 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 01:05-cr-0004-HRH | H. Russel Holland | 10. FROM 11/7/2005 | 11. 2/28/2006 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| United States of America v. Ronn L. Roseberry | 13. Anchorage | 14. Alaska |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [X] CRIMINAL JUSTICE ACT
- [X] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | Change of Plea, Dkt. 137 | 11/8/2005 |
| [ ] OPINION OF COURT | | Status Conference, Dkt. 207 | 2/9/2006 |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [X] SENTENCING | 2/28/2006; Dkt. 229(all) | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE *[signed]*

19. DATE 4/3/07

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY