RECEIVED
NOV 0 2 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
NOV 0 2 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30191 |
| Plaintiff - Appellee, | D.C. No. CR-05-00004-1-j-HRH<br>District of Alaska,<br>Juneau |
| v. | |
| RONN L. ROSEBERRY, | ORDER |
| Defendant - Appellant. | |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

**"REDACTED SIGNATURE"**
David J. Vignol
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\10-07\dv\06-30191.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 0 2 2007

by: LH
Deputy Clerk